JOHN S. DURRANT (SBN 217345)
    jsd@msk.com
THE DURRANT LAW FIRM
1630 Roscomare Rd.
Los Angeles, CA 90077
Telephone: (310) 895-6318

Attorneys for Defendants Resolute Capital Partners LTD., LLC, Legacy Energy, LLC, PetroRock Mineral Holdings, LLC, HomeBound Resources, LLC, HomeBound, Inc., Home Bound Financial Group, LP, Mercury Operating, LLC, Stefan Toth, Ted Etheredge, and Pablo Cortez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE

| | |
|---|---|
| DONALD ISOZAKI, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>RESOLUTE CAPITAL PARTNERS LTD., LLC, a Nevada foreign limited liability company; RESOLUTE CAPITAL MANAGERS, a Nevada limited liability company; LEGACY ENERGY, LLC, a Delaware limited liability corporation; RESOLUTE ENERGY CAPITAL, LLC, a Delaware limited liability company; PETROROCK MINERAL HOLDINGS, LLC, a Texas limited liability company; HOMEBOUND RESOURCES, LLC, a Texas limited liability corporation; HOMEBOUND, INC., a Texas corporation; MERCURY OPERATING, LLC, a Texas limited liability company; HOME BOUND FINANCIAL GROUP, LP, a Texas corporation; THOMAS J. POWELL, an individual; STEFAN TOTH, an individual; TED ETHEREDGE, an individual; PABLO CORTEZ, an individual; DOES 1–20,<br><br>    Defendants. | CASE NO. 21-CV-091-YGR<br><br>**HON. YVONNE GONZALEZ ROGERS**<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* MOTION TO STAY PROCEEDINGS AND SHORTEN TIME FOR BRIEFING AND HEARING ON MOTION TO COMPEL ARBITRATION, OR, ALTERNATIVELY, TO DISMISS FOR IMPROPER VENUE** |

The Durrant Law Firm

# ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court has read and reviewed the Defendants' *Ex Parte* Motion To Stay Proceedings and Shorten Time for Briefing and Hearing on Motion to Compel Arbitration ("Motion") filed by Defendants Resolute Capital Partners LTD., LLC, Legacy Energy, LLC, PetroRock Mineral Holdings, LLC, HomeBound Resources, LLC, HomeBound, Inc., Home Bound Financial Group, LP, Mercury Operating, LLC, Stefan Toth, Ted Etheredge, and Pablo Cortez (collectively, "Defendants") requesting a stay of proceedings (other than with regarding to arbitration and venue issues) and shortening time on the briefing and hearing of a Motion to Compel Arbitration pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1-4 et seq. and Local Rules 6-3 and 7-10.

After full consideration of the motion and good cause appearing therefore;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

That Defendants' Defendants' *Ex Parte* Motion to Stay Proceedings and Shorten Time for Briefing and Hearing on Motion to Compel Arbitration or, Alternatively, to Dismiss for Improper Venue is hereby GRANTED.

The Court Orders

(i) a stay of all proceedings, other than proceedings related to arbitrability and venue, until further Order of this Court;

(ii) that Defendants' *Ex Parte* Motion to Stay Proceedings and Shorten Time for Briefing and Hearing on Motion to Compel Arbitration shall be deemed their Motion to Compel Arbitration or, Alternatively, to Dismiss for Improper Venue;

(iii) that Plaintiff's Opposition to Defendants' Motion to Stay Proceedings and Shorten Time for Briefing and Hearing on Motion to Compel

Arbitration or, Alternatively, to Dismiss for Improper Venue shall be filed on or before _____

(iv) that Defendants' Reply in Support of it Motion to Compel Arbitration or, Alternatively, to Dismiss for Improper Venue shall be filed on or before _____;

(v) that the Court will schedule a Hearing of the Motion to Compel Arbitration or, Alternatively, to Dismiss for Improper Venue on _____ at ___:___ __.m, though the Court may vacate such Hearing if it concludes the Matter should be decide without oral argument.

IT IS SO ORDERED.

DATED: _____     _____
                              Honorable Yvonne Gonzalez Rogers
                              by United States District Court Judge