UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD ISOZAKI**,<br><br>    Plaintiff,<br><br>    v.<br><br>**RESOLUTE CAPITAL PARTNERS, LTD. LLC**, *et al.*,<br><br>    Defendants. | Case No. 21-cv-091-YGR<br><br>**ORDER GRANTING IN PART *EX PARTE* MOTIONS RE: SCHEDULING ON PRELIMINARY INJUNCTION AND MOTION TO COMPEL ARBITRATION**<br><br>Dkt. Nos. 19, 21 |

Plaintiff Donald Isozaki has filed an *ex parte* motion to extend certain deadlines on the pending motion for preliminary injunction. (Dkt. No. 19) Defendants Resolute Capital Partners LTD., LLC, Resolute Capital Managers, LLC, Legacy Energy, LLC, PetroRock Mineral Holdings, LLC, HomeBound Resources, LLC, HomeBound, Inc., Home Bound Financial Group, LP, Mercury Operating, LLC, Stefan Toth, Ted Etheredge, and Pablo Cortez (collectively, "RCP") have filed an exparte application for a stay and to shorten time on briefing and hearing a motion to compel arbitration or, in the alternative, to dismiss. (Dkt. No. 21.)

RCP has already filed its opposition to the preliminary injunction on January 18, 2021 (Dkt. No. 25), consistent with the Court's order of January 8, 2021. Plaintiff shall file any reply to RCP's opposition to the preliminary injunction motion no later than **January 25, 2021**.

Plaintiff shall file a proof of service as to defendant Thomas Powell by **January 19, 2021**, as requested in plaintiff's motion. If plaintiff files a proof of service showing that Powell was served by that time, Powell must file any opposition or joinder no later than **January 26, 2021**, and plaintiff may file a reply to any additional arguments raised by Powell no later than **January 28, 2021**.

1   The hearing on plaintiff's motion for preliminary injunction, currently set for January 26,
2   2021, is **CONTINUED** to **February 2, 2021** at 2:00 p.m. on the Court's Zoom videoconference
3   platform.

4   RCP's ex parte application to shorten on their motion to compel arbitration is **GRANTED**.
5   RCP's filing at Docket No. 21 is deemed their moving papers.  Plaintiff's opposition filed at
6   Docket No. 24, focused almost entirely on the merits of the motion to compel arbitration, and is
7   deemed his opposition.  Any reply shall be filed by RCP no later than **January 25, 2021**, and the
8   hearing on the motion shall be set concurrently for hearing with the preliminary injunction motion
9   on **February 2, 2021**, at 2:00 p.m.

10  This terminates Docket No. 19 and 21.

11  **IT IS SO ORDERED.**

12  Dated: January 19, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**